MARTIN D. BERN (State Bar No. 153203)
martin.bern@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant Cascade Windows, Inc.*

WILLIAM A. KERSHAW (State Bar No. 057486)
bill@kctlegal.com
STUART C. TALLEY (State Bar No. 180374)
stuart@kctlegal.com
IAN J. BARLOW (State Bar No. 262213)
ian@kctlegal.com
KERSHAW, COOK & TALLEY PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

*Attorneys for Plaintiff and Putative Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARR TRUEBLOOD as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE WINDOWS, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01637-KJM-CKD<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 30 DAYS; ORDER**<br><br>Judge:    Hon. Kimberly J. Mueller<br><br>FAC Served:                   December 1, 2021<br>Current Response Date: January 19, 2021<br>New Response Date:      January 19, 2022 |

Plaintiff Michael Harr Trueblood, individually and on behalf of the putative class, and Defendant Cascade Windows, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 1, 2021, Plaintiff filed the First Amended Complaint in this action;

WHEREAS, on December 20, 2021, Defendant filed a stipulation to extend the deadline to respond to the First Amended Complaint to January 19, 2022;

WHEREAS, the parties are engaged in early discovery and fact investigation with the goal of determining whether a resolution of this matter is possible without the need for additional discovery and legal process;

WHEREAS, the parties are currently engaged in negotiating and scheduling a physical inspection of the windows at issue in this case, the results of which could affect the scope of the proceeding, the possibility of an early settlement, and the contents of Defendant's responsive pleading;

WHEREAS, the parties believe that an additional 30-day extension of Defendant's deadline to answer or otherwise respond to the First Amended Complaint is warranted to allow the parties to complete the physical inspection and related discovery;

ACCORDINGLY, it is HEREBY STIPULATED AND AGREED that Defendant shall have until February 18, 2022 to answer or otherwise respond to the Complaint.

DATED:  January 14, 2022

KERSHAW, COOK & TALLEY PC
WILLIAM A. KERSHAW
STUART C. TALLEY
IAN J. BARLOW

By: _____*/s/ Ian J. Barlow*_____
IAN J. BARLOW
Attorneys for Plaintiff and Putative Class

| | |
|---|---|
| DATED: January 14, 2022 | MUNGER, TOLLES & OLSON LLP<br>MARTIN D. BERN<br>JORDAN D. SEGALL |

By: _____/s/ Jordan D. Segall_____
JORDAN D. SEGALL
Attorneys for Defendant Cascade Windows, Inc.

**ORDER**

It IS HEREBY ORDERED that Defendant's deadline to answer or otherwise respond to the First Amended Complaint shall be February 19, 2022. The court does not expect to grant additional extensions of time absent a showing of good cause.

DATED: January 19, 2022.

CHIEF UNITED STATES DISTRICT JUDGE